UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

James Cole

#41167-066

Federal Correctional Institution

P.O. BOX 779800

MIAMI, FL. 33177

RECEIVED
Mailroom

FEB 2 4 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

vs-

Case: 1:26-cv-00827                —
Assigned To : Unassigned
Assign. Date : 2/24/2026
Description: FOIA/Privacy Act (I-DECK)

Dept. Of Justice,
Federal Bureau of Prisons/.

## INTRODUCTION

!. Plaintiff, **James Cole**, **pro-se** brings this action seeking the defendant's The Federal Bureau of Prisons[F.B.O.P.], from improperly withholding records requested by plaintiff pursuant to the Freedom Of Information Act, [F.O.I.A.].

2. The F.O.I.A., § USC ¶552, requires of the Federal Government to release information to the public upon request.

3.  After receiving a **FOIA** request, an agency has **20 days,** that is working days to respond. **5 USC § 552(a)(6)(A).**

4. Within **45** days after an agency's **FOIA** determination letter, the requesting party may file an administrative appeal, after receiving a final administrative response from the federal agency, the requesting party may seek judicial review in federal court. **5 USC § 552(a)(4).**

---

The Court of Appeals, for the Dist of Columbia, Citizens for Responsibility vs- Ethics in Wash, 711 F 3d 180(D.C. Cir 2013),( holding if the agency does not response within the statory timeframe the requester is considered to have constructively fulfilled the exhaustion requirement. **5 USC § 552(a)(6)(C)(i).**

5. This court may asses against the United States F.B.O.P. reasonable attorney fee's and other litigation costs reasonably incurred by bringing a FOIA complaint if the court orders relief, or if the F.B.O.P. agency voluntarily change its position regarding materials, 5 USC § 552(a)(4)(E)(ii).

## JURISDICTION AND VENUE

6. This court has jurisdiction under 5 USC §552(a)(4)(B), 28 USC §1331, and 28 USC § 1346.

7. Venue is proper in this court under 28 USC § 1391 and 5 USC §552(a)(4)(B), because a substantial part of events or omissions giving rise to this claim[s], occurred in this judicial district, and some or all the agency records or property in question may be located in this judicial district.

8. That at all times mentioned, plaintiff is a prisoner incarcerated at the F.B.O.P's, under the custody of the U.S. Dept of Justice, F.B.O.P.

9. That at all times mentioned, the defendant's F.B.O.P. were acting by and through its agents, servants, and employees, in the scope and course of business(duty), of the F.B.O.P.

10.  Defendant, the U.S. Dept. of Justice and F.B.O.P. is an agency of the United States, subject to the F.O.I.A. pursuant to 5 USC § 552 (6). The B.O.P. has possession, custody, or control of the records plaintiff JAMES COLE SEEKS.

## STATEMENT OF FACTS

11.On or about, February 2, 2025 plaintiff arrived at the FCI Miami, Fl from FCI Hazelton due to defendant good behavior[Low security].

12. On or about a month March, 2025 defendant noted inmates complainting of headache, short memory, dizziness, miagraines, anxiety, and other host of medical ailments.

2

13. On or about, **April, 2025** plaintiff sent a request to the **F.B.O.P. 320 First St NW, Washington, D.C. 20534**requesting any document relating to **"PHONE JAMMING"** at **FCI MIAMI,FL** initiated between **Jan, 2022--to--Present.**

    **a)** Plaintiff was told by the FCI Miami population a heart patient inmate with a pacemaker, was having trouble due to the phone jammers, continued to alarm his pacemaker.

14. On **April 24, 2025** plaintiff received a letter from the **U.S. Dept of Justice, F.B.O.P.** detailing a received request for documents held in their possession

    a) The letter detailed the request was complex (as usual when the agency, do not want to comply).

15. After a two(2 ) month waiting period plaintiff appealed to the **Office of Information** and **Policy(O.I.P.).**

16. On **July 17, 2025** plaintiff received a letter assigned **A-2025-02212.**

### CLAIM FOR RELIEF.

17. Plaintiff realleges and incorporates by reference all paragraphs.

18. [DEF.[,..[F.B.O.P.[, has failed to conduct a search reasonably calculated to uncover the documents plaintiff request.

19. Defendant **F.B.O.P.** is wrongfully withholding agency re-cords requested by plaintiff includes records related to the **illegal phone jamming** devices which is known to cause[CANCER],[Google], and a host of other ailments, to plaintiff and others sleeping within 3 ft. of these phone jammers, in our windows. see 28 USC ¶1746;

    a. Two(2) U.S. Senators issue a Bill to legalize phone jammers the Bill never made it to a committe.

20.Pursuant to 5 USC §552(a)(4)(B) and 5 USC §706(1) plaintiff is entitled to a **de novo** review by this court of deflendant's response to plaintiff's **FOIA** request.

## PRAYER FOR RELIEF

Plaintiff request the following relief:

Declare defendant's withholding of the records to be unlawful

**GRANT** SUCH FUTHER RELIEF AS THIS COURT DEEMS JUST AND PROPER.

Dated: 2/11/2026

x _James Cole_

JAMES COLE

## CERTIFICATE OF SERVICE

That  I deposes and says, I sent a copy of this **FOIA** to the below detailed;

Clerk,
U.S. Courts
333 Constutuion Ave. NW
Washington, D.C. 20001

This 14th day of February, 2026.

x _James Cole_

JAMES COLE



## A. Legal{2025 U.S. Dist. LEXIS 2} Background

**FOIA** requesters generally must exhaust administrative appeal remedies before coming to federal court. *See Citizens for Responsibility and Ethics in Wash. v. FEC*, 711 F.3d 180, 182, 404 U.S. App. D.C. 275 (D.C. Cir. 2013) ("*CREW*"). "To trigger the exhaustion requirement, an agency must make and communicate its 'determination' whether to comply with a **FOIA** request-and communicate 'the reasons therefor'-within **20 working days** of receiving the request, or within 30 working days in 'unusual circumstances.'" *Id.* (quoting 5 U.S.C. § 552(a)(6)(A)(i), (a)(6)(B)(i). The Court of Appeals has held that an agency has made the required "determination" once it "inform[s] the requester of the scope of the documents the agency will produce, as well as the scope of the documents that the agency plans to withhold under any **FOIA** exemptions." *Id.* at 186. If the agency issues such a determination within the statutory timeframe, the requester must appeal that decision within the agency's internal appeal process before it can come to federal court.

*Never* ✗

But if the agency does not respond to the **FOIA** request within the statutory timeframe, the requester is considered to have constructively fulfilled the exhaustion requirement. *See* 5 U.S.C. § 552(a)(6)(C)(i). In the language of the statute, if the agency fails to issue a determination within {775 F. Supp. 3d 427} "the applicable time limit[s]" to "[a]ny person{2025 U.S. Dist. LEXIS 3} making a request," the requester "shall be deemed to have exhausted his administrative remedies with respect to such request." *Id.*

*This* ➤

It is worth noting that the Court of Appeals has cut back on that seemingly clear text. Even if the agency has failed to "comply with the applicable time limit provisions," a requester is not "deemed to have exhausted his administrative remedies," *id.*, "if the agency cures its failure to respond within the statutory period by responding to the **FOIA** request before suit is filed," *Oglesby v. Dep't of the Army*, 920 F.2d 57, 63, 287 U.S. App. D.C. 126 (D.C. Cir. 1990). We are thus left with this rule for constructive exhaustion: A requester is deemed to have exhausted his administrative remedies with respect to a request and can sue the agency, if at the time of the suit, (1) it has been more than 20 (or sometimes 30) working days since the agency received the request and (2) the agency has not "inform[ed] the requester of the scope of the documents that the agency will produce, as well as the scope of the documents that the agency plans to withhold," *CREW*, 711 F.3d at 186.

INDEX ✓

RECEIVED
Mailroom

FEB 2 4 2026

Angela D. Caesar, Clerk of Clerk
U.S District Court District of Columbia

James Cole
JAMES COLE
2-12-2026

ylcases                                                                1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

FREEDOM OF INFORMATION ACT REQUEST

Name of Agency: Federal Bureau of Prison (F.B.O.B)
Adress: 320 First St N.W.
City/State/Zip: Miami, Fl. 33177

Dear Sir or Madam:

This is a request under the Freedom of Information Act as amended (5 552) in cojunction with Privacy Act (5USC 552a):

I am writing to request the following information:

ALL documentation held in your Possession, detaining "The Phone Jamming Program" initiated AF FCI MIAMI, FL. Between Jan. 2022 — to Present.
A. Memo's to AND From Program director
B. Money Statements

C. Reason Program Terminated
D. " " Start back up MARCH, 2025.

The FOIA also provides that if only potions of a file are exempted from release, the remainder must be released. I therefore, request that I be provived with all non-exempt portions which are reasonably segregable. I of course reserve my rights to appeal the withholding or deletioncof any information. RIGHT TO APPEAL.

If you have any questions regarding this request, please write me at the address below. As provided by the Freedom of Information Act, I will expect to receive a response within 20 working days.

cc/file

RECEIVED
APR 2 1 2025
FOIA/PA Section
Federal Bureau of Prisons

Respectfully yours,
JAMES Cole #41167066
federal Correctional Institution
P.O. BOX 799800, Miami, Fl 33177



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Central Office_
_320 First St., NW_
_Washington, DC 20534_

April 24, 2025

RECEIVED
Mailroom

FEB 2 4 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

James Cole, Reg. No. 41167-066
FCI Miami
P.O. BOX 779800
Miami, FL 33177

Dear James Cole:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:    2025-03741
Processing Office:    CO

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request for the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay,

June 24, 2025

10

# James Cole
# 41167066
F.C.I.
P.O. BOX 779800
MIAMI, FL. 33177

RECEIVED
Mailroom

FEB 24 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

O.I.P.
441 G ST. N.W.
WASHINGTON, D.C. 20530

RE: 2025-03741/APPEAL

DEAR ADMINSTRATOR

    DEFENDANT'S B.O.P. REFUSES TO
COMPLY WITH 5USC 552 (THE ACT).

They continue to allege, All my
filings for Records are "complexity"
requiring extented compliance with
"THE ACT." APPEAL, PLEASE.

Please Take Notice:

_James Cole_
JAMES COLE

cc/file



U.S. Department of Justice
Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

July 17, 2025

James Cole
Register No. 41167-066
FCI Miami P.O. Box 779800
Miami, FL 33177

RECEIVED
Mailroom

FEB 2 4 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

Dear James Cole:

This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the action of the Federal Bureau of Prisons regarding Request No. 2025-03741 on 07/16/2025.

In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2025-02212. Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at 202-514-3642. If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist





**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

Telephone: (202) 514-3642

James Cole
Register No. 41167-066
Federal Correctional Institution
Post Office Box 779800
Miami, FL 33177

Re:    Appeal No. A-2025-02212

RECEIVED Request No. 2025-03741

Mailroom

FEB 2 4 2026

Angela D. Caesar, Clerk of Clerk
U S District Court District of Columbia

**VIA: U.S. Mail - 07/30/2025**

Dear James Cole:

You appealed from the action of the Federal Bureau of Prisons (BOP) on your Freedom of Information Act (FOIA) request for access to records concerning the "Phone Jamming Program" initiated at FCI Miami from January 2022 to the present. I note that your appeal concerns BOP's determination that your request required placement on the complex track for processing.

After carefully considering your appeal, I am affirming BOP's action on your request. The records you seek require a search for and collection of records from field offices or other separate offices, and thus your request falls within "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Therefore, BOP properly determined that "unusual circumstances" apply to the processing of your request. Consequently, I have determined that your request warrants placement on the complex track for processing.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of BOP in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue

litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X_____

Christina Troiani
Chief, Administrative Appeals Staff

RECEIVEL
Mailroom

Feb 24 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

TRULINCS 41167066 - COLE, JAMES - Unit: MIA-E-A

--------------------------------------------------------------------------------

FROM:
TO: 41167066
SUBJECT: Google
DATE: 07/12/2025 10:51:06 AM

Your Google Search Results for: "What amount of radiation, comes from cell Phones Jammera    ??"

###NEW FEATURE###
Our AI will try to read the result pages and give you a summary to answer your question.

#########################################
AI SUMMARY:
#########################################

Cell phone jammers emit radiofrequency (RF) radiation, which can have various biological effects. The specific amount of
radiation emitted by these devices can vary based on the model and its operational frequency. For instance, a study indicated
that common mobile phone jammers operate within frequency ranges of 800-1900 MHz and can have a maximum effective
radius of 10 to 40 meters. The specific absorption rate (SAR) values for different types of jammers at a distance of 1 meter were
reported as follows: 0.017 W/kg for 3G, 0.033 W/kg for CDMA, 0.038 W/kg for DCS, and 0.052 W/kg for GSM (source:
PMC4576874, 2015).

_See_ ✗ ✓ —

Additionally, exposure to RF radiation from mobile phone jammers has been shown to adversely affect biological functions,
such as sperm motility and DNA integrity in human samples, indicating potential reproductive health risks (source: IJRR,
January 2017). ✓ _Plaintiff_

In summary, while the exact radiation levels can vary, studies have shown that mobile phone jammers emit RF radiation that
can have significant biological effects, particularly at close distances.

Sources:                    ^ _see_ ^         _Less than 2½ Ft FRom Inmate_
1. https://pmc.ncbi.nlm.nih.gov/articles/PMC4576874/                           _BeD._
2. https://ijrr.com/article-1-1887-en.pdf

                                            _NoT LAW_
--------------------------------------------------
AI can make mistakes. Verify important information.
#########################################

Below are the top 10 search results. If these aren't helpful, try a new search adding more specific words or asking your question
differently to find what you need.

TO RECEIVE A TEXT-ONLY VERSION OF A WEBSITE RESULT:

Simply reply with the result number. For example, send "12" to get details from RESULT 12.

To get more than one result, send each number in a separate reply.

Remember, this is an automatic service. To contact us directly, write "Support" in your email subject.

Your Search Was: "What amount of radiation, comes from cell Phones Jammera    ??"

RESULTS
----------

#########################################################################

TRULINCS 41167066 - COLE, JAMES - Unit: MIA-E-A

--------------------------------------------------------------------------------

RECEIVED
Mailroom

FEB 24 2026

Angela D. Caesar, Clerk of Clerk
'S District Court District of Columbia

FROM:
TO: 41167066
SUBJECT: Google
DATE: 07/27/2025 03:06:06 PM

Your Google Search Results for: "I need the name of the two(2) Congressman, introduce a Cell Phone Jammer bill in Congress !!  Thanks !!"

###NEW FEATURE###
Our AI will try to read the result pages and give you a summary to answer your question.

###################################
AI SUMMARY:
###################################

*NOT LAW!*

The two Congressmen who introduced the Cell Phone Jammer bill in Congress are Congressman David Kustoff (R-TN) and Senator Tom Cotton (R-AR). They introduced the legislation known as the Cellphone Jamming Reform Act on March 26, 2025. This bill aims to allow state and federal prisons to use cellphone jamming systems to combat the use of contraband cell phones by inmates, which pose significant public safety threats.

Sources:
1. https://www.attorneygeneral.gov/wp-content/uploads/2025/03/2025-3-phone-jamming.pdf
2. http://kustoff.house.gov/media/press-releases/kustoff-cotton-introduce-legislation-jam-cellphones-prisons.html
3. https://law.georgia.gov/press-releases/2025-03-26/carr-leads-bipartisan-coalition-backing-federal-legislation-combat.html

------------------------------------------------
AI can make mistakes. Verify important information.
###################################

Below are the top 10 search results. If these aren't helpful, try a new search adding more specific words or asking your question differently to find what you need.

TO RECEIVE A TEXT-ONLY VERSION OF A WEBSITE RESULT:

Simply reply with the result number. For example, send "12" to get details from RESULT 12.

To get more than one result, send each number in a separate reply.

Remember, this is an automatic service. To contact us directly, write "Support" in your email subject.

Your Search Was: "I need the name of the two(2) Congressman, introduce a Cell Phone Jammer bill in Congress !!  Thanks !!"

RESULTS
_____

_____

####################################################################
RESULT 1: Congressman David Kustoff
####################################################################
nk 1: https://www.facebook.com/RepDavidKustoff/
------------------------------------------------
rump signed my bill H. R. 517, the Filing Relief for Natural Disasters Act in to law. This new law will help thousands of mericans impacted by natural ...
==================================================================



RECEIVED
Mailroom

FEB 2 4 2026

Angela D. Caesar, Clerk of Clerk
I.S. District Court District of Columbia

TRULINCS  41167066 - COLE, JAMES - Unit: MIA-E-A

--------------------------------------------------------------------------------

###################################################################
Link 1: https://pmc.ncbi.nlm.nih.gov/articles/PMC9923240/
--------------------------------------------------------------
As recently shown, short-term exposure to mobile phone jammers could reduce blood sugar levels in adult male rats [ 10 ].
However, their effects might vary ...
===============================================================

###################################################################
RESULT 2: Exposure to radiofrequency radiation emitted from mobile phone ...
###################################################################
Link 2: https://ijrr.com/article-1-1887-en.pdf
--------------------------------------------------------------
mobile phones (1-5), mobile phone jammers (6), laptops (7) or wireless ... To the best of our knowledge there is limited number
of investigations ...
===============================================================

###################################################################
RESULT 3: Electromagnetic Fields of Mobile Phone Jammer Exposure on Blood ...
###################################################################
Link 3: https://pmc.ncbi.nlm.nih.gov/articles/PMC6280113/
--------------------------------------------------------------
Dec 1, 2018 ... Non-Ionizing radiation (NIR) is radiant energy ... The Effects of Mobile Phone Radiation on Serum Levels of
Progesterone in Female Rats.
===============================================================

###################################################################
RESULT 4: Does exposure to radiation emitted from mobile jammers influence ...
###################################################################
Link 4: https://ijrr.com/article-1-3981-en.pdf
--------------------------------------------------------------
... radiation is ... In line with this, our research center observed the radiation emitted from mobile jammer router reduced fasting
blood glucose level(39).
===============================================================

###################################################################
RESULT 5: Male reproductive health under threat: Short term exposure to ...
###################################################################
Link 5: https://pubmed.ncbi.nlm.nih.gov/24082653/
--------------------------------------------------------------
Male reproductive health under threat: Short term exposure to radiofrequency radiations emitted by common mobile jammers. J
Hum Reprod Sci. 2013 Apr;6(2):124 ...
===============================================================

###################################################################
RESULT 6: Radiation exposure for gunners : r/army
###################################################################
Link 6: https://www.reddit.com/r/army/comments/1173ov9/radiation_exposure_for_gunners/
--------------------------------------------------------------
Feb 20, 2023 ... Is it ionizing or non-ionizing? Non-ionizing radiation (things like radio waves, Wi-Fi, cell phones, etc) are
generally harmless. Ionizing ...
===============================================================

TRULINCS 41167066 - COLE, JAMES - Unit: MIA-E-A

-------------------------------------------------------------------------------------------------

RESULT 7: Do Cell Phones Cause Cancer? | Cellphones and Cancer ...
################################################################
Link 7: https://www.cancer.org/cancer/risk-prevention/radiation-exposure/cellular-phones.html
----------------------------------------------
Mar 31, 2022 ... The specific absorption rate (SAR) is the amount of RF energy from the phone absorbed by the user's body. ... radiation, which is not ...
=====================================================

################################################################
RESULT 8: BEWARE THE CTA CELL PHONE JAMMER! : r/chicago
################################################################
Link 8: https://www.reddit.com/r/chicago/comments/3owjxy/beware_the_cta_cell_phone_jammer/
----------------------------------------------
Oct 16, 2015 ... 1.2K votes, 476 comments. Huh, oddly using a cell phone is allowed on the CTA (with notices about being rude and loud) but food and drink ...
=====================================================

################################################################
RESULT 9: Effects of non-ionizing radiation on the thyroid gland in rats | BMC ...
################################################################
Link 9: https://bmcresnotes.biomedcentral.com/articles/10.1186/s13104-025-07297-x
----------------------------------------------
May 24, 2025 ... Compared to the control group, T4 hormone levels were significantly different in male rats exposed to mobile jammer radiation (p-value = 0.037).
=====================================================

################################################################
RESULT 10: Federal Communications Commission FCC 14-55 Before the ...
################################################################
Link 10: https://apps.fcc.gov/edocs_public/attachmatch/FCC-14-55A1.pdf
----------------------------------------------
Apr 29, 2014 ... See Cell Jammers, GPS Jammers and Other Jamming Devices, FCC Enforcement. Advisory, 27 FCC Rcd 12945. 4 In 2013, T-Mobile USA, Inc., and ...
=====================================================